**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| SALT LIFE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 6:15-cv-02138-TMC |
| | ) | |
| CHAD NUTSCH dba | ) | |
| LAKE LIFE and GOT LAKE LIFE | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

AFFIDAVIT OF SERVICE

Please see the attached Affidavit of Service for the above-referenced case.

Respectfully submitted,

July 7, 2015

 /s/     Steven R. LeBlanc
Steven R. LeBlanc (Fed. Id. 7000)
Heidi C. Hood (Fed. Id. 11711)
DORITY & MANNING, P.A.
P.O. Box 1449
Greenville, S.C. 29602-1449
Tel: 864-271-1592
Fax: 864-233-7342
srl@dority-manning.com
hhood@dority-manning.com

**Attorneys for the Plaintiff**

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| SALT LIFE, LLC <br><br><br><br><br> *Plaintiff(s)* <br> v. <br><br> CHAD NUTSCH dba <br> LAKE LIFE and GOT LAKE LIFE <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 6-15-2138-TMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chad Nutsch
Lake Life
1010 Edenburghs Keep Drive
Knightdale, NC 27545

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven R. LeBlanc (Fed Id. No. 7000)
Dority & Manning PA
PO Box 1449
Greenville, SC 29602
Tel: 864-271-1592
Fax: 864-233-7342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

s/Kay McAlister
Deputy Clerk

Date:     May 27, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6-15-2138-TMC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chad Nutsch dba LakeLife And Got Lake Life
was received by me on *(date)* 7-1-2015 .

☒ I personally served the summons on the individual at *(place)* 9304 Poole Road,
Knightdale, NC 27545 on *(date)* 7-1-2015 7:55pm; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 7/2/2015

*Server's signature*

Mira Batchelor - Process Server
*Printed name and title*

6747 Chauncey Dr. Raleigh, NC
*Server's address*
27615

Additional information regarding attempted service, etc:

my commission expires
09/08/2019

TRACIE L. BROWN
Notary Public
North Carolina
Wake County